UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WAYNE A. JACKSON,<br><br>        Petitioner,<br> v.<br><br>HAROLD WICKHAM, et al.,<br><br>        Respondents. | Case No. 3:17-cv-00098-LRH-WGC<br><br>ORDER |

On April 10, 2017, this court denied habeas corpus petitioner Wayne A. Jackson's application to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee (ECF No. 3). On August 29, 2017, Jackson submitted a letter that indicates that he did not receive the April order (ECF No. 4). The Clerk shall therefore resend the April order to Jackson. Jackson is cautioned, however, that a letter is not a proper court filing. He shall file a motion if he seeks action by the court in the future.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL RESEND** the court's order dated April 10, 2017 (ECF No. 3) to petitioner.

**IT IS FURTHER ORDERED** that petitioner has **thirty (30) days** from the date of entry of this later order to pay the $5.00 filing fee.

DATED this 1st day of September, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1