UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WAYNE A. JACKSON,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>HAROLD WICKHAM, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:17-cv-00098-LRH-WGC<br><br>ORDER |

This *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Wayne A. Jackson is before the court on respondents' motions for extension of time. Good cause appearing,

**IT IS ORDERED** that respondents' first, second, and third motions to extend time to file a response to the petition (ECF Nos. 11, 12, 13) are all **GRANTED** *nunc pro tunc*.

DATED this 13th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Larry R. Hicks
　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1