UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WAYNE A. JACKSON,<br><br>              Petitioner,<br>   v.<br>HAROLD WICKHAM, et al.,<br><br>             Respondents. | Case No. 3:17-cv-00098-LRH-WGC<br><br>ORDER |

This *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Wayne A. Jackson is before the court on several motions by both parties.

First, Jackson filed a motion for status check, which appears to indicate that Jackson never received respondents' answer, filed on April 15, 2019 (ECF No. 29). Out of an abundance of caution, the court directs the Clerk to send Jackson a copy of the answer.

Next, good cause appearing, motions for extension of time by both parties are granted.

**IT IS THEREFORE ORDERED** that respondents' first and second motions to extend time to file a response to the petition (ECF Nos. 25, 27) are both **GRANTED** *nunc pro tunc.*

**IT IS FURTHER ORDERED** that petitioner's first motion for status check (ECF No. 26) is **DENIED** as moot.

///

1

1    **IT IS FURTHER ORDERED** that petitioner's second motion for status check (ECF No. 29) is **GRANTED** in part. The Clerk **SHALL SEND** to petitioner one copy of respondents' answer (ECF No. 28).

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file a reply in support of his petition (ECF No. 30) is **GRANTED**. Petitioner shall file his reply within **45 days** of the date of this order.

DATED this 18th day of July, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE